Case 2:08-cv-06122-SDW-ES   Document 21-1   Filed 12/10/09   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| HARRIET GOLDSTEIN, <br> *Plaintiff,* <br><br> vs. <br><br> TARGET CORPORATION and JOHN DOES 1-20, <br> *Defendants.* | CIVIL ACTION <br> NO. 08-cv-6122 (SDW) <br><br><br> **CONSENT ORDER** |
|---|---|

**WHEREAS** the Court conducted a telephone conference on Tuesday, December 8, 2009, during which the parties reported to the Court the status of discovery in the matter and resolved a discovery dispute;

It is on this 15th day of December, 2009, **ORDERED** as follows:

1. Fact discovery is to remain open through January 22, 2010 (45 days from the day of the December 8, 2009 telephone conference).

2. Plaintiff shall serve all liability and/or medical expert reports by February 22, 2010. Defendant shall serve all responding liability and/or medical expert reports by March 24, 2010.

3. The Court will conduct an initial settlement conference on Tuesday, January 5, 2010 at 11:00 a.m. The parties are to submit a settlement letter setting forth their settlement positions to the Court by December 31, 2009.

HON. ESTHER SALAS
United States Magistrate Judge

We hereby consent to the form and entry of the within order.

Berkowitz, Lichtstein, Kuritsky,
Giasullo & Gross, LLC
Attorneys for Plaintiff

By: _____
Stuart M. Kuritsky, Esq.

Connell Foley
Attorneys for Defendant

By: _____
Brian Steller, Esq.