**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

January 11, 2010

**LETTER ORDER**

Re:   Harriet Goldstein v. Target Corporation, et al.
      Civil Action No. 08-6122 (SDW)

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **February 23, 2010 at 10:00 a.m.**  **Plaintiff's Counsel shall initiate the call.**  Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

   **SO ORDERED.**

                              *s/Esther Salas*
                              **Esther Salas, U.S.M.J**

cc:   Clerk
      Hon. Susan D. Wigenton, U.S.D.J.
      File